**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **JOHNNIE CRITES,**<br><br>   **Plaintiff,**<br>**v.**<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>   **Defendant.** | Case No. 4:19-cv-00098<br><br>JUDGE KRISTINE G. BAKER |

**DEFENDANT AETNA LIFE INSURANCE COMPANY'S
MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant Aetna Life Insurance Company hereby moves this Court for an Order affirming Defendant's decision to uphold its termination of Plaintiff's claims for long-term disability benefits under the Employment Retirement Income Security Act of 1974 ("ERISA"), and granting judgment in Defendant's favor because its decision to terminate benefits was fully consistent with the terms of the Policy and Plan, correct, and exceedingly reasonable based on the evidence in the Administrative Record. In support of this motion, Defendant relies upon the stipulated Administrative Record, filed under seal in the Court's docket, and Defendant's Brief in Support of Judgment on the Administrative Record (filed contemporaneously with this motion).These materials and evidence establish that Defendant's motion for judgment on the Administrative Record is due to be granted.

   Respectfully submitted,

   */s/ William B. Wahlheim, Jr.*
   William B. Wahlheim, Jr.
   wwahlheim@maynardcooper.com

   *Attorney for Defendant Aetna Life Insurance Company*

OF COUNSEL:

04937657.1

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000 (phone)
(205) 254-1999 (facsimile)

04937657.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James F. Swindoll
Law Office of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas 72201
Telephone: (501) 374-1290
Facsimile: (504) 374-3857

*Attorney for Plaintiff Johnnie Crites*

                                                         /s/ *William B. Wahlheim, Jr.*
                                                         OF COUNSEL