**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHNNIE CRITES**                                                                            **PLAINTIFF**

**v.**                                          **Case No. 4:19-cv-00098-KGB**

**AETNA LIFE INSURANCE COMPANY**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Johnnie Crites' complaint is dismissed with prejudice.  The relief requested is denied.

It is so adjudged this 21st day of May, 2020.

_____
Kristine G. Baker
United States District Judge